

FILED
CLERK, U.S. DISTRICT COURT

OCT 31 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION            BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: ED16 MJ 430 .Duty |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |
| Jesus Eduardo Espinoza | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- Unknown Background
- Unknown Bail Resources
- History of Non-Compliance w/ Supervised Release
- Submission

1

1  and/or

2  B.    ( )    The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the
4         safety of any other person or the community if released under 18
5         U.S.C. § 3142(b) or (c). This finding is based on the following:

6  _____
7  _____
8  _____
9  _____

12  IT THEREFORE IS ORDERED that the defendant be detained pending the further
13  revocation proceedings.

15  Dated: 10/31/16

    HONORABLE DAVID T. BRISTOW
    United States Magistrate Judge

2